UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGINE DIXON,<br><br>　　　Plaintiff(s),<br><br>　v.<br><br>BLANCA L. BARAHONA, DOES 1-10, INCLUSIVE,<br><br>　　　Defendant(s). | No. C10-4037 BZ<br><br>**BRIEFING ORDER** |

　　Having received plaintiff's motion to remand and ex parte application for an order shortening time for the hearing date, **IT IS ORDERED** as follows:

　　1.　Any opposition by the defendant to plaintiff's motion shall be filed by **October 19, 2010.**

　　2.　Any reply by the plaintiff shall be filed by **October 26, 2010**.

　　3.　The motion will be heard on **November 3, 2010** at **10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　4.　By no later than **October 19, 2010**, plaintiff and defendant shall consent to or decline magistrate judge

1

1  jurisdiction.  The form to consent to or decline magistrate
2  judge jurisdiction may be found on the court's website at:
3  http://www.cand.uscourts.gov

4  Dated: October 4, 2010

    _____
            Bernard Zimmerman
        United States Magistrate Judge

G:\BZALL\-BZCASES\DIXON V. BARAHONA\BRIEFING ORDER.wpd

2